FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00571-CV

**THE CITY OF HELOTES**, Tom Schoolcraft, Rick Schroder, and Ernest Cruz,
Appellants

v.

**CONTINENTAL HOMES OF TEXAS, LP,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18405
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On October 23, 2015, we ordered appellants show cause why the appeal should not be dismissed for want of jurisdiction and we suspended all deadlines until further order of the court. Appellants requested that the district court clerk file a supplemental clerk's record including a motion for new trial. The district court clerk filed a supplemental clerk's record that included a timely filed motion for new trial that demonstrates this court's jurisdiction over this appeal. We retain the appeal on the docket of the court, and we order appellants' brief due December 14, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court